## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jennifer L Cramblett
                              Plaintiff,

v.                                                    Case No.: 1:16−cv−04553
                                                      Honorable John Z. Lee

Midwest Sperm Bank, LLC
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 8, 2018:

     MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 5/8/18. For the reasons stated on the record, Defendant's motion to strike plaintiff's notice of voluntary dismissal and for ruling on Defendants motion to dismiss on the issue of res judicata [52] denied. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.